The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYA GRACE MOREY, CHRISTOPHER NOONER, LISA HENDRICKSON, EMILY HORTON, KYLIE THORNLEY, VICTORIA FERRANTE, MICHELLE DARDAR, HEATHER BARNES, MANUEL TORRES, and JORDANN WRIGHT, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH SERVICES LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendant. | No. 2:21-cv-00885-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT |

On December 30, 2021, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs filed an Unopposed Motion for Leave to Amend the Complaint to add additional plaintiffs and allegations. Defendant does not oppose the Motion. Rule 15(a)(2) provides that a court should freely grant leave to amend a pleading when justice so requires.

After considering the Motion, the Court GRANTS the Motion, finding that justice so requires.

It is therefore ORDERED that Plaintiffs' Motion for Leave to Amend the Complaint is hereby GRANTED. Plaintiffs may therefore file the Amended Collective and Class Action Complaint attached as Exhibit 2 to the Declaration of Timothy W. Emery filed with the Motion.

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO AMEND THE
COMPLAINT - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 5th day of January, 2022.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE