The Honorable Barbara Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYA GRACE MOREY, CHRISTOPHER NOONER, LISA HENDRICKSON, EMILY HORTON, KYLIE THORNLEY, VICTORIA FERRANTE, MICHELLE DARDAR, HEATHER BARNES, MANUEL TORRES, JORDANN WRIGHT, KIMBERLY UTZ, ANYA BROWN, ANGEL COSME, JR., and AMBER SHEID, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AFTERMATH SERVICES LLC,<br><br>Defendant. | No. 2:21-cv-00885-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS** |

Before the Court is Plaintiffs' Unopposed Motion for Approval of Settlement, Class Notice, Service Awards, and Attorneys' Fees ("Motion") and the pertinent materials filed with the Motion. For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court ORDERS as follows:

1. The Court finds that the settlement is fair and reasonable, and therefore approves the Settlement Agreement and Release attached to the Declaration of Timothy W. Emery as

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS - 1

EMERY | REDDY, PLLC
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106  FAX: (206) 441-9711

Exhibit 1.

2. The Court certifies the Settlement Class pursuant to 29 U.S.C. § 216(b) for settlement purposes only.

3. The Court approves the Settlement Notice and Claim Form, attached to the Settlement Agreement as Exhibit A, as well as the procedures directing distribution of each in accord with the terms of the Settlement Agreement.

4. The Court finds that the service awards requested by the named Plaintiffs are fair and reasonable under the circumstances of this case. The named Plaintiffs are each awarded a service award from the gross settlement fund in the following amounts: Maya Grace Morey – $15,000.00, Christopher Nooner – $1,750.00, Lisa Hendrickson – $1,750.00, Emily Horton – $1,750.00, Kylie Thornley – $1,750.00, Victoria Ferrante – $1,750.00, Michelle Dardar – $5,000.00, Heather Barnes – $1,750.00, Manuel Torres – $1,750.00, Jordann Wright – $1,750.00, Kimberly Utz – $1,750.00, Anya Brown – $1,750.00, Angel Cosme, Jr. – $1,750.00, and Amber Sheid – $1,750.00.

5. The Court finds that the attorneys' fees requested by Plaintiffs in the amount of $214,625.00 are fair and reasonable in light of the attorney time spent on the case and the result achieved for the Class. Class Counsel are awarded $214,625.00 in attorneys' fees from the gross settlement fund.

6. The Court finds that the costs requested by Plaintiffs in the amount of $666.00 were reasonably incurred in pursuit of this action on behalf of the class. Class Counsel are awarded $666.00 in costs from the gross settlement fund.

7. The Court finds that the Settlement Administrator's fees in an amount not to exceed $35,000.00 are reasonable. The Court approves the Settlement Administrator's fees in an amount not to exceed $35,000.00 from the gross settlement fund.

8. The Court finds that each Party shall bear his or its own attorneys' fees and costs except as otherwise provided herein.

9. The Court will dismiss the Action and all Released Claims with prejudice and

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS - 2

EMERY | REDDY, PLLC
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106  FAX: (206) 441-9711

enter judgment on the same, with a directive for Defendant to comply with the specific relevant terms of the settlement.

10. The Court shall have continuing jurisdiction over the Action (including for purposes of submitting the returned Consent Forms from Participating Settlement Class Members and for Plaintiffs to enter a satisfaction of judgment following Defendant's payment of the settlement).

**IT IS SO ORDERED**.

DATED this 27th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, CLASS NOTICE, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS - 3

EMERY | REDDY, PLLC
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (206) 442-9106  FAX: (206) 441-9711